UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY, et al.,<br><br>            Plaintiffs,<br><br>     v.<br><br>JOSEPH ANDREW MOLLICK,<br><br>            Defendant. | Case No.  23-cv-05634-VC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATIONS FOR MOTION FOR DEFAULT JUDGMENT**<br><br>Re: Dkt. No. 29 |

  The Court adopts Judge Alex G. Tse's Report and Recommendation Re: Plaintiff's Motion for Default Judgment. The Court initially vacated its adoption of this Report to allow Mollick more time to respond to the motion for default judgment. *See* Dkt. No. 32. Since then, Mollick has sent several letters asking the Court to further delay proceedings, but he has not made any argument why default judgment should not be entered against him under the *Eitel v. McCool* factors. 782 F.2d 1470 (9th Cir. 1986).

  Accordingly, the Motion for Default Judgment is GRANTED. Judgment will be entered against the defendant and for the plaintiffs in the amount of $2,133,776.64—a sum consisting of $2,100,000 in liquidated damages ($150,000 for each of the fourteen plaintiffs), $32,170 in attorneys' fees, and $1,606.64 in litigation costs.

  **IT IS SO ORDERED.**

Dated: February 27, 2025

VINCE CHHABRIA
United States District Judge